# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| EDNA SUE WILSON JOHNSON, ET AL | CIVIL ACTION NO. 08-0153 |
| VS. | JUDGE DOHERTY |
| UNION PACIFIC RAILROAD CO. ET AL | MAGISTRATE JUDGE METHVIN |

## MEMORANDUM RULING ON MOTION TO REMAND
### Rec. Doc. 23

Before the court is the unopposed Motion to Remand filed by plaintiffs.[1]

This case was removed by the original defendants on the basis of diversity jurisdiction. After the case was removed, plaintiffs obtained leave of court to add two non-diverse defendants, the Succession of Howard Spears and the City of Oakdale, Louisiana.[2]

Remand is required if, after removal, the plaintiff joins additional defendants whose joinder destroys subject matter jurisdiction. *See* 28 U.S.C. § 1447(e) ("If after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may deny joinder, or permit joinder and remand the action to the State court."); Cobb v. Delta Exports, Inc., 186 F.3d 675, 677 (5th Cir.1999) ( "post-removal joinder of non-diverse defendants ... destroys diversity for jurisdictional purposes and requires remand, even when the newly joined defendants are not indispensable" ).

---

[1] Local Rule 7.5W requires that written opposition to a motion be filed within 15 days after service of the motion. That deadline has passed and defendants have not filed an opposition.

[2] Rec. Doc. 21.

For the foregoing reasons, remand is proper.  An order of remand will be entered, with a provision that the order is stayed for fifteen days to allow time for appeal, if any.

Signed at Lafayette, Louisiana, on July 22, 2008.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)